| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF MASSACHUSETTS |
| Case number *(if known)* _____   Chapter   **7** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Polish-American Citizen's Club Inc. of Willimansett, Massachusetts** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  Pulaski Hall** **DBA  Pulaski Club** **DBA  Polish-American Citizens Club** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **04-1734793** | |
| 4. | **Debtor's address** | **Principal place of business** **13 Norman Street** **Chicopee, MA 01013** Number, Street, City, State & ZIP Code **Hampden** County | **Mailing address, if different from principal place of business** **c/o Dorothy Wojtczak** **769 Pendleton Avenue** **Chicopee, MA 01020** P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.pulaskichicopee.com** | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor **Polish-American Citizen's Club Inc. of Willimansett, Massachusetts** _____ Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor **Polish-American Citizen's Club Inc. of Willimansett, Massachusetts** Case number (*if known*) _____
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☑ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor   **Polish-American Citizen's Club Inc. of Willimansett, Massachusetts**   Case number (*if known*)
Name

- ■ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   **Polish-American Citizen's Club Inc. of Willimansett, Massachusetts**   Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **September 8, 2021**
MM / DD / YYYY

X **/s/ Dorothy Wojtczak**                              **Dorothy Wojtczak**
Signature of authorized representative of debtor        Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ Eric Kornblum**                                 Date **September 8, 2021**
Signature of attorney for debtor                        MM / DD / YYYY

**Eric Kornblum 561614**
Printed name

**Law Office of Eric Kornblum**
Firm name

**94 North Elm Street**
**Suite 402**
**Westfield, MA 01085**
Number, Street, City, State & ZIP Code

Contact phone  **413-568-3900**      Email address  **edkclientsbk@gmail.com**

**561614 MA**
Bar number and State

# United States Bankruptcy Court
## District of Massachusetts

In re: **Polish-American Citizen's Club Inc. of Willimansett, Massachusetts**, Debtor(s)

Case No.  
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **September 8, 2021**

**/s/ Dorothy Wojtczak**
**Dorothy Wojtczak/President**
Signer/Title

AmTrust Financial dba AmTrust Insurance
59 Maiden Lane, 42nd Floor
New York, NY 10038

Capital Premium Financing
12235 S 800 E
Draper, UT 84020

Chicopee Electric Light Department
725 Front Street
Chicopee, MA 01020

Chicopee Water Department
115 Baskin Drive
Chicopee, MA 01020

City of Chicopee - Collector's Office
274 Front Street
Chicopee, MA 01013

Commercial Distributing Co.
46 S. Broad Street
Westfield, MA 01085

Eversource/Columbia Gas of Massachusetts
P. O. Box 2025
ATTN: Receivables Recovery
Springfield, MA 01102-2025

First Data Merchant Services Corporation
5565 Glenridge Connector NE, Suite 2000
Atlanta, GA 30342

First Data Merchant Services Corporation
4000 Coral Ridge Drive
Coral Springs, FL 33065

First Data Merchant Systems, LLC
dba Clover Business Solutions
415 N Mathilda Avenue
Sunnyvale, CA 94085

Grainger
401 S Wright Road
Janesville, WI 53546

Horizon Beverage
485 Holyoke Street
Ludlow, MA 01056

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346

```
Martignetti Companies
500 John Hancock Road
Taunton, MA 02780

Massachusetts Department of Revenue
Bankruptcy Unit
P. O. Box 9564
Boston, MA 02114-9564

Matthew Roman, et al.
c/o Gregory Hession, Esq.
P.O. Box 543
93 Summer Street
Thorndike, MA 01079

Metro Merchant Services, LLC
22 Wayside Avenue
Hagerstown, MD 21740

Quality Beverage
880 Burnett Road
Chicopee, MA 01020

Reminder Publications, Inc.
Buendo Enterprises, Inc.
280 North Main Street
East Longmeadow, MA 01028

Reminder Publishing, LLC
1860 Main Street
Springfield, MA 01103

Slice
101 Crawfords Corner Road
Suite 4206
Holmdel, NJ 07733

Spectrum
591 Memorial Drive, Suite M
Chicopee, MA 01020

Thomas B Carroll Insurance
617 Mill Street #1
Worcester, MA 01602

Thompsen Food Services
141 Narragansett Park Drive
Rumford, RI 02916

Turley Publications
24 Water Street
Palmer, MA 01069
```

```
USA Hauling & Recycling, Inc.
15 Mullen Road
Enfield, CT 06082

Valley Vodka, Inc.
146 Russell Street
Hadley, MA 01035

Verizon
500 Technology Drive, Ste 300
Weldon Spring, MO 63304

WARE radio 97.7
3 Converse Street, Suite 101
Palmer, MA 01069
```

# United States Bankruptcy Court
## District of Massachusetts

In re: **Polish-American Citizen's Club Inc. of Willimansett, Massachusetts**
Debtor(s)

Case No.
Chapter **7**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Polish-American Citizen's Club Inc. of Willimansett, Massachusetts** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 8, 2021**
Date

/s/ Eric Kornblum
**Eric Kornblum 561614**
Signature of Attorney or Litigant
Counsel for **Polish-American Citizen's Club Inc. of Willimansett, Massachusetts**
**Law Office of Eric Kornblum**
**94 North Elm Street**
**Suite 402**
**Westfield, MA 01085**
**413-568-3900 Fax:413-568-3955**
**edkclientsbk@gmail.com**