# District of Massachusetts
# Claims Register

## 21-30357 Polish-American Citizen's Club Inc. of Willim

**Judge:** Elizabeth D. Katz  
**Office:** Springfield  
**Trustee:** David W. Ostrander  

**Chapter:** 7  
**Last Date to file claims:**  
**Last Date to file (Govt):** 03/16/2022

---

*Creditor:* (20634313)  
Eversource/Columbia Gas of Massachusetts  
P. O. Box 2025  
ATTN: Receivables Recovery  
Springfield, MA 01102

**Claim No: 1**  
*Original Filed Date:* 10/04/2021  
*Original Entered Date:* 10/04/2021

*Status:*  
*Filed by:* CR  
*Entered by:* lc  
*Modified:*

Amount claimed: $5471.92

*History:*

| Details | | 1-1 | 10/04/2021 | Claim #1 filed by Eversource/Columbia Gas of Massachusetts, Amount claimed: $5471.92 (lc) |

*Description:*  
*Remarks:*

---

*Creditor:* (20638136)  
Massachusetts Department of Revenue  
Bankruptcy Unit  
P O Box 7090  
Boston, MA 02204-7090

**Claim No: 2**  
*Original Filed Date:* 10/05/2021  
*Original Entered Date:* 10/05/2021  
*Last Amendment Filed:* 11/22/2021  
*Last Amendment Entered:* 11/22/2021

*Status:*  
*Filed by:* CR  
*Entered by:* Stephanie C Joyce  
*Modified:*

Amount claimed: $828.77  
Priority claimed: $768.29

*History:*

| Details | | 2-1 | 10/05/2021 | Claim #2 filed by Massachusetts Department of Revenue, Amount claimed: $3579.77 (Joyce, Stephanie) |
| Details | | 2-2 | 11/22/2021 | Amended Claim #2 filed by Massachusetts Department of Revenue, Amount claimed: $828.77 (Joyce, Stephanie) |

*Description:* (2-1) TAXES  
(2-2) AMENDED POC TAXES  
*Remarks:*

---

*Creditor:* (20639376)  
E.B. Thomsen Inc.  
141 Narragansett Park Drive  
Rumford, RI 02916

**Claim No: 3**  
*Original Filed Date:* 10/12/2021  
*Original Entered Date:* 10/12/2021

*Status:*  
*Filed by:* CR  
*Entered by:* ADI  
*Modified:*

Amount claimed: $1159.72

*History:*

| Details | | 3-1 | 10/12/2021 | Claim #3 filed by E.B. Thomsen Inc., Amount claimed: $1159.72 (ADI) |

*Description:*  
*Remarks:* (3-1) Account Number (last 4 digits):5915

| Creditor: (20634333)<br>Valley Vodka, Inc.<br>146 Russell Street<br>Hadley, MA 01035 | **Claim No: 4**<br>*Original Filed Date*: 10/12/2021<br>*Original Entered Date*: 10/12/2021 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |
|---|---|---|

Amount claimed: $151.00

*History:*
Details  4-1  10/12/2021  Claim #4 filed by Valley Vodka, Inc., Amount claimed: $151.00 (ADI)
*Description:*
*Remarks:*

| Creditor: (20634311)<br>City of Chicopee - Collector's Office<br>274 Front Street<br>Chicopee, MA 01013 | **Claim No: 5**<br>*Original Filed Date*: 10/12/2021<br>*Original Entered Date*: 10/12/2021 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Gary M. Weiner<br>*Modified:* |
|---|---|---|

Amount claimed: $45739.78
Priority claimed: $45739.78

*History:*
Details  5-1  10/12/2021  Claim #5 filed by City of Chicopee - Collector's Office, Amount claimed: $45739.78 (Weiner, Gary )
*Description:* (5-1) RE and personal property taxes and penalties. Water & Sewer usage
*Remarks:*

| Creditor: (20634319)<br>Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia, PA 19101 | **Claim No: 6**<br>*Original Filed Date*: 10/19/2021<br>*Original Entered Date*: 10/19/2021 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Warren Appleby<br>*Modified:* |
|---|---|---|

Amount claimed: $25276.58
Secured claimed: $0.00
Priority claimed: $25276.58

*History:*
Details  6-1  10/19/2021  Claim #6 filed by Internal Revenue Service, Amount claimed: $25276.58 (Appleby, Warren )
*Description:*
*Remarks:*

| Creditor: (20647214)<br>Capital One Bank (USA), N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | **Claim No: 7**<br>*Original Filed Date*: 11/11/2021<br>*Original Entered Date*: 11/11/2021 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |
|---|---|---|

Amount claimed: $3030.36

*History:*
Details  7-1  11/11/2021  Claim #7 filed by Capital One Bank (USA), N.A., Amount claimed: $3030.36 (ADI)
*Description:*
*Remarks:* (7-1) Account Number (last 4 digits):1808

| Creditor: (20647497) Alice Pasterczyk c/o Jason L. Levine, Esq. 43 Broad Street Westfield, MA 01085 | Claim No: 8 Original Filed Date: 11/12/2021 Original Entered Date: 11/12/2021 | Status: Filed by: CR Entered by: ab Modified: |
|---|---|---|

Amount claimed: $25277.58

History:

Details    8-1    11/12/2021    Claim #8 filed by Alice Pasterczyk, Amount claimed: $25277.58 (ab)

Description:

Remarks:

| Creditor: (20651227) Mark Szafranski 960 S. Westgate Way Wylie, TX 75098 | Claim No: 9 Original Filed Date: 11/26/2021 Original Entered Date: 11/26/2021 | Status: Filed by: CR Entered by: Gregory A Hession Modified: |
|---|---|---|

Amount claimed: $6641.56
Secured claimed: $6641.56

History:

Details    9-1    11/26/2021    Claim #9 filed by Mark Szafranski, Amount claimed: $6641.56 (Hession, Gregory )

Description: (9-1) Money loaned

Remarks:

| Creditor: (20645445) Stanley Gromacki Jr. c/o Gregory A. Hession J.D. 93 Summer Street P.O. Box 543 Thorndike, MA 01079 | Claim No: 10 Original Filed Date: 11/26/2021 Original Entered Date: 11/26/2021 | Status: Filed by: CR Entered by: Gregory A Hession Modified: |
|---|---|---|

Amount claimed: $6000.00

History:

Details    10-1    11/26/2021    Claim #10 filed by Stanley Gromacki Jr., Amount claimed: $6000.00 (Hession, Gregory )

Description: (10-1) Money loaned

Remarks:

| Creditor: (20645444) June Massee c/o Gregory A. Hession J.D. 93 Summer Street P.O. Box 543 Thorndike, MA 01079 | Claim No: 11 Original Filed Date: 11/26/2021 Original Entered Date: 11/26/2021 | Status: Filed by: CR Entered by: Gregory A Hession Modified: |
|---|---|---|

Amount claimed: $6000.00

History:

Details    11-1    11/26/2021    Claim #11 filed by June Massee, Amount claimed: $6000.00 (Hession, Gregory )

Description: (11-1) Money loaned.

Remarks:

| | | Status: Filed by: CR Entered by: Gregory A Hession Modified: |
|---|---|---|

| Creditor: (20645443)<br>Matthew Roman<br>c/o Gregory A. Hession J.D.<br>93 Summer Street<br>P.O. Box 543<br>Thorndike, MA 01079 | Claim No: 12<br>Original Filed Date: 11/26/2021<br>Original Entered Date: 11/26/2021 | |
|---|---|---|
| Amount claimed: $21000.00 | | |
| *History:* | | |
| Details  12-1  11/26/2021  Claim #12 filed by Matthew Roman, Amount claimed: $21000.00 (Hession, Gregory ) | | |
| *Description:* (12-1) Money loaned. | | |
| *Remarks:* | | |

| Creditor: (20645446)  History<br>Marian Zielinski<br>c/o Gregory A. Hession J.D.<br>P.O. Box 543<br>Thorndike, MA 01079 | Claim No: 13<br>Original Filed Date: 11/26/2021<br>Original Entered Date: 11/26/2021 | Status:<br>Filed by: CR<br>Entered by: Gregory A Hession<br>Modified: |
|---|---|---|
| Amount claimed: $5000.00 | | |
| *History:* | | |
| Details  13-1  11/26/2021  Claim #13 filed by Marian Zielinski, Amount claimed: $5000.00 (Hession, Gregory ) | | |
| *Description:* (13-1) Goods and services provided. | | |
| *Remarks:* | | |

| Creditor: (20653493)<br>AmTrust North America Inc on behalf of AmTrust Ins<br>Maurice Wutscher LLP<br>23611 Chagrin Blvd. Suite 207<br>Beachwood, OH 44122 | Claim No: 14<br>Original Filed Date: 12/07/2021<br>Original Entered Date: 12/07/2021 | Status:<br>Filed by: CR<br>Entered by: ADI<br>Modified: |
|---|---|---|
| Amount claimed: $397.00 | | |
| *History:* | | |
| Details  14-1  12/07/2021  Claim #14 filed by AmTrust North America Inc on behalf of AmTrust Ins, Amount claimed: $397.00 (ADI) | | |
| *Description:* | | |
| *Remarks:* (14-1) Account Number (last 4 digits):9568 | | |

## Claims Register Summary

**Case Name:** Polish-American Citizen's Club Inc. of Willim
**Case Number:** 21-30357
**Chapter:** 7
**Date Filed:** 09/17/2021
**Total Number Of Claims:** 14

| Total Amount Claimed* | $151974.27 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| Document | Claimed | Allowed |
|---|---|---|
| Secured | $6641.56 | |
| Priority | $71784.65 | |
| Administrative | | |